UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

YAGOOZON, INC.

    v.                                      CA 13-595ML

FUN EXPRESS LLC

## JUDGMENT

IT IS ORDERED AND ADJUDGED:

     Judgment shall enter for Defendant FUN EXPRESS LLC, against Plaintiff YAGOOZON. INC., pursuant to this Court's Memorandum and Order dated May 14, 2014, adopting the Magistrate Judge's Report and Recommendations dated February 14, 2014, and granting Defendant's Motion to Dismiss.

                                                                                      Enter:

                                                                                      */s/John Duhamel*
                                                                                      Deputy Clerk

DATED:  **May 14, 2014**